March 7, 1980.

427 A.2d 1184

Commonwealth v. Brocco, Appellant.

Submitted September 12, 1977.  Nicho-

las A. Clemente, for appellant; Bernard L. Siegel, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT, and SPAETH, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

JACOBS, J., did not participate in the consideration or decision of this case.